UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HEATHER JEANNE LINDSAY,

                                        Appellant,

-v-

KRISTA M. PREUSS,

                                        Appellee.

21 Civ. 11006 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The record on appeal being available, the Court hereby sets the following briefing schedule:

- Appellant's Opening Brief is due March 4, 2022.
- Appellee's Opposition Brief is due April 4, 2022.
- Appellant's Reply Brief is due April 18, 2022.

SO ORDERED.

                                                                                *Paul A. Engelmayer*
                                                                              Paul A. Engelmayer
                                                                              United States District Judge

Dated: February 3, 2022
       New York, New York