USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HEATHER JEANNE LINDSAY,

                Appellant,

-against-                          21-CV-11006 (PAE) (KHP)

KRISTA M. PREUSS,                              **ORDER**

                Appellee.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

By order dated August 19, 2022, the Court granted Appellant's request to proceed *in forma pauperis*. To allow Appellant to effect service on Appellee through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Appellee. According to Appellant's filings, the service address for Appellee is: Appellee Office of the Chapter 13 Trustee, Krista M. Preuss, 399 Knollwood Road, Suite 102, White Plains, NY 10603.

The Clerk of Court is further respectfully instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon the Appellee.

It is Appellant's responsibility to ensure that service is made. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

**SO ORDERED**.

Dated: New York, New York
        August 19, 2022

*Katharine H Parker*
_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**