```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HEATHER JEANNE LINDSAY,

                            Appellant,

          -against-                                                    **21-CV-11006 (PAE) (KHP)**

KRISTA M. PREUSS,                                            **ORDER**

                            Appellee.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This action concerns an appeal from a decision by the bankruptcy court. On February 2, 2022, the Honorable Judge Engelmayer set a briefing schedule, with Appellant's Opening Brief due by March 4, 2022, Appellee's Opposition Brief due April 4, 2022, and Appellant's Reply Brief due April 18, 2022. (ECF No. 4.) On March 10, 2022, Appellant filed a late request for an extension of time to file her Opening Brief due to a family emergency. (ECF No. 5.) On August 19, 2022, the Undersigned granted Appellant's request *nunc pro tunc* and extended the deadline for Appellant's Opening Brief to September 16, 2022. Appellant did not file an Opening Brief on September 16, 2022, and still has not filed an Opening Brief.

       In light of Appellant's pro status, the Court grants **one final extension**, *nunc pro tunc*, for Appellant to file an Opening Brief. The deadline for Appellant's Opening Brief is extended to **Wednesday, December 28, 2022.** The deadline for Appellee's Opposition Brief is extended to **Wednesday, January 25, 2023**. The deadline for Appellant's Reply Brief is extended to **Wednesday, February 22, 2023.**

       **Appellant is advised that failure to submit an Opening Brief by this deadline may result in sanctions, up to and including dismissal of her appeal.**

**The Clerk of the Court is respectfully directed to mail copies of this order to the Appellant Heather Jeanne Lindsay at 81 High Clear Drive, Stamford, CT 06905, and to Appellee Office of the Chapter 13 Trustee, Krista M. Preuss, 399 Knollwood Road, Suite 102, White Plains, NY 10603**.

SO ORDERED.

Dated:  November 30, 2022         _Katharine H. Parker_____
        New York, New York                  KATHARINE H. PARKER
                                            United States Magistrate Judge