**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HEATHER JEANNE LINDSAY,

                                 Appellant,

            -against-                               **21-CV-11006 (PAE) (KHP)**
                                                                                           <u>ORDER</u>

KRISTA M. PREUSS,

                                 Appellee.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 6, 2023, Appellee Krista M. Preuss filed a letter motion to dismiss this action. By **Tuesday, February 21, 2023**, Appellant Heather Jeanne Lindsay shall file a letter in response. Appellant's letter shall not exceed three pages.

A telephonic case management conference is scheduled on **Thursday, March 9, 2023 at 12:15 p.m.** At the scheduled time, the parties shall dial the Court conference line at 866-434-5269, code 4858267#.

**The Clerk of the Court is respectfully requested to mail copies of this order to the parties**.

**SO ORDERED.**

Dated: February 7, 2023
       New York, New York

                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023