**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HEATHER JEANNE LINDSAY,

                       Appellant,                         21 **CIVIL** 11006 (PAE)

         -against-                              **JUDGMENT**

KRISTA M. PREUSS,

                       Appellee.
-----------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated June 14, 2023, the Court accepts and adopts Judge

Parker's April 25, 2023 Report & Recommendation in its entirety and grants the motion to

dismiss; accordingly, the case is closed.

**Dated:** New York, New York
        June 15, 2023

                                         **RUBY J. KRAJICK**

                                   _____
                                         **Clerk of Court**

                      **BY:**

                                   _____
                                         **Deputy Clerk**